UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, ANTHONY ASHER, TRUSTEE,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>NOLL/NORWESCO, LLC, a Limited Liability Corporation<br><br>　　　　　Defendant. | **STIPULATION**<br><br>Case No. CV 08 1595 |

IT IS STIPULATED that the time of defendant to answer or move with respect to the Complaint is extended to and including June 10, 2008.

Dated:　　　Buffalo, New York
　　　　　　April 22, 2008

　　　　　　　　　　　　　　　　ERSKINE & TULLEY

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Michael J. Carroll (St. Bar #50246)
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　220 Montgomery Street, Suite 303
　　　　　　　　　　　　　　　　San Francisco, CA  94104
　　　　　　　　　　　　　　　　mjcarrll@pacbell.net
　　　　　　　　　　　　　　　　Telephone: (415) 392-5431
　　　　　　　　　　　　　　　　Facsimile:  (415) 392-1978

　　　　　　　　　　　　　　　　DILLINGHAM & MURPHY, LLP

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Carla J. Hartley
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　225 Bush Street, Sixth Floor
　　　　　　　　　　　　　　　　San Francisco, CA  94104
　　　　　　　　　　　　　　　　cjh@dillinghammurphy.com
　　　　　　　　　　　　　　　　Telephone: (415) 397-2700
　　　　　　　　　　　　　　　　Facsimile:  (415) 397-3300