DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
cjh@dillinghammurphy.com
bhc@dillinghammurphy.com

Attorneys for Defendant
NOLL/NOR WESCO LLC

ERSKINE & TULLEY
MICHAEL J. CARROLL (SBN 50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone:    (415) 392-5431
Facsimile:    (415) 392-1978
mjcarrll@pacbell.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, ANTHONY ASHER, TRUSTEES, <br><br> Plaintiffs, <br><br> v. <br><br> NOLL/NOR WESCO, LLC <br><br> Defendant. | Case No. CV 08-1595 JL <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CERTAIN DEADLINES EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |
|---|---|

WHEREAS plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, ANTHONY ASHER, TRUSTEES (collectively "Plaintiffs"), and defendant NOR/NOR WESCO, LLC ("Defendant") previously agreed to extend the time for defendant to respond to the Complaint to June 10, 2008, and are currently in discussions to resolve the case, the parties hereby stipulate through their counsel of record to extend the time for defendant to respond to the Complaint up to and including June 26, 2008. The parties stipulate further to continuing the dates currently set by the Court's ORDER

SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES ("Order") to dates beyond June 26, 2008.

In order to extend the time to respond to the Complaint the parties recognize that Court approval is necessary as it would impact the dates set by the Court in the Order. Pursuant to the Order, the Court has set the following deadlines:

- June 11, 2008—Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; and,
- June 25, 2008—Last day to file Rule 26(f) Report, complete initial disclosure or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order regarding the Contents of Joint Case Management Statement;

The parties respectfully request that the Court continue the meet and confer deadline, and filing of Rule 26(f) report to allow the parties to continue discussions to resolve the case and allow defendant to respond the Complaint on June 26, 2008.

This is the first continuance of sought by the parties that would modify the Order.

Dated: June 9, 2008                DILLINGHAM & MURPHY
                                   CARLA J. HARTLEY
                                   BARBARA L. HARRIS CHIANG

                          By:      /s/
                                   Attorneys for Defendant
                                   NOLL/NOR WESCO LLC

I hereby attest that I have on file all holograph signatures for any signatures indicted by a "conformed" signature (/s/) within this efiled document.

Dated: June 9, 2008                ERSKINE & TULLEY
                                   MICHAEL J. CARROLL

                          By:      /s/
                                   Attorneys for Plaintiffs BOARD OF TRUSTEES OF
                                   THE SHEET METAL WORKERS PENSION
                                   TRUST OF NORTHERN CALIFORNIA,
                                   ANTHONY ASHER, TRUSTEE

## ORDER

IT IS HEREBY ORDERED that the Defendant shall file its response to the Complaint no later than June 26, 2008.  There is good cause for the parties to continue the deadlines in that the parties are engaged in discussions to resolve the case and may be able to reach a tentative agreement prior to June 26, 2008, the date in which defendant would be required to file the response to the Complaint.  The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is continued to _____; and, the last day to file Rule 26(f) Report, complete initial disclosure or state objection in Rule 26(f) Report is continued to _____.

Dated: _____          _____
JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA