```
 1  DILLINGHAM & MURPHY, LLP
    CARLA J. HARTLEY (SBN 117213)
 2  BARBARA L. HARRIS CHIANG (SBN 206892)
    225 Bush Street, 6th Floor
 3  San Francisco, California 94104-4207
    Telephone:   (415) 397-2700
 4  Facsimile:   (415) 397-3300
    cjh@dillinghammurphy.com
 5  bhc@dillinghammurphy.com

 6    Attorneys for Defendant
      NOLL/NOR WESCO LLC
 7

 8  ERSKINE & TULLEY
    MICHAEL J. CARROLL (SBN 50246)
 9  220 Montgomery Street, Suite 303
    San Francisco, CA 94104
10  Telephone:   (415) 392-5431
    Facsimile:   (415) 392-1978
11  mjcarrll@pacbell.net

12    Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, ANTHONY ASHER, TRUSTEES,<br><br>Plaintiffs,<br><br>v.<br><br>NOLL/NOR WESCO, LLC<br><br>Defendant. | Case No. CV 08-1595 JL<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CERTAIN DEADLINES EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

WHEREAS plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, ANTHONY ASHER, TRUSTEES (collectively "Plaintiffs"), and defendant NOR/NOR WESCO, LLC ("Defendant") previously agreed to extend the time for defendant to respond to the Complaint to June 10, 2008, and are currently in discussions to resolve the case, the parties hereby stipulate through their counsel of record to extend the time for defendant to respond to the Complaint up to and including June 26, 2008. The parties stipulate further to continuing the dates currently set by the Court's ORDER

| | |
|---|---|
| 1 | SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES ("Order") to |
| 2 | dates beyond June 26, 2008. |
| 3 | In order to extend the time to respond to the Complaint the parties recognize that Court |
| 4 | approval is necessary as it would impact the dates set by the Court in the Order. Pursuant to the |
| 5 | Order, the Court has set the following deadlines: |

- June 11, 2008—Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; and,
- June 25, 2008—Last day to file Rule 26(f) Report, complete initial disclosure or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order regarding the Contents of Joint Case Management Statement;

The parties respectfully request that the Court continue the meet and confer deadline, and filing of Rule 26(f) report to allow the parties to continue discussions to resolve the case and allow defendant to respond the Complaint on June 26, 2008.

This is the first continuance of sought by the parties that would modify the Order.

Dated: June 9, 2008               DILLINGHAM & MURPHY
                                  CARLA J. HARTLEY
                                  BARBARA L. HARRIS CHIANG


                       By:   /s/
                             _____
                             Attorneys for Defendant
                             NOLL/NOR WESCO LLC

I hereby attest that I have on file all holograph signatures for any signatures indicted by a "conformed" signature (/s/) within this efiled document.

Dated: June 9, 2008               ERSKINE & TULLEY
                                  MICHAEL J. CARROLL


                       By:   /s/
                             _____
                             Attorneys for Plaintiffs BOARD OF TRUSTEES OF
                             THE SHEET METAL WORKERS PENSION
                             TRUST OF NORTHERN CALIFORNIA,
                             ANTHONY ASHER, TRUSTEE

Page 2 – CV 08-1595 JL STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

## ORDER

IT IS HEREBY ORDERED that the Defendant shall file its response to the Complaint no later than June 26, 2008. There is good cause for the parties to continue the deadlines in that the parties are engaged in discussions to resolve the case and may be able to reach a tentative agreement prior to June 26, 2008, the date in which defendant would be required to file the response to the Complaint. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is continued to August 11, 2008 ; and, the last day to file Rule 26(f) Report, complete initial disclosure or state objection in Rule 26(f) Report is continued to August 25, 2008.

Dated: June 10, 2008



IT IS SO ORDERED
Judge James Larson

JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA