1  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (SBN 117213)
2  BARBARA L. HARRIS CHIANG (SBN 206892)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:   (415) 397-2700
4  Facsimile:   (415) 397-3300
   cjh@dillinghammurphy.com
5  bhc@dillinghammurphy.com

6    Attorneys for Defendant
     NOLL/NOR WESCO LLC
7

8  ERSKINE & TULLEY
   MICHAEL J. CARROLL (SBN 50246)
9  220 Montgomery Street, Suite 303
   San Francisco, CA 94104
   Telephone:   (415) 392-5431
10 Facsimile:   (415) 392-1978
   mjcarrll@pacbell.net
11
     Attorneys for Plaintiffs
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, ANTHONY ASHER, TRUSTEES,<br><br>Plaintiffs,<br><br>v.<br><br>NOLL/NOR WESCO, LLC<br><br>Defendant. | Case No. CV 08-1595 JL<br><br>STIPULATION [AND PROPOSED ORDER] REGARDING CONDITIONAL DISMISSAL OF ALL OF PLAINTIFFS' CLAIMS AGAINST NOLL/NOR WESCO, LLC |
|---|---|

The parties stipulate that the Court may enter an order that the above-entitled action be dismissed, with prejudice, subject to the condition that the action may be reinstated in the event either party sends written notice that the matter has not been resolved to both the Court and to the other party within ninety (90) days of the entry of this order.

//

//

Page 1 – CV 08-1595 JL Stipulation [And Proposed Order] Regarding Conditional Dismissal Of All Of Plaintiffs' Claims Against Noll/Nor Wesco, Llc

| | | |
|---|---|---|
| Dated: June 30, 2008 | | DILLINGHAM & MURPHY, LLP<br>CARLA J. HARTLEY<br>BARBARA L. HARRIS CHIANG |
| | By: | /s/_____<br>Attorneys for Defendant<br>NOLL/NOR WESCO LLC |
| Dated: June 30, 2008 | | ERSKINE & TULLEY<br>MICHAEL J. CARROLL |
| | By: | /s/_____<br>Attorneys for Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, ANTHONY ASHER, TRUSTEE |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____                    _____
                                         UNITED STATES DISTRICT JUDGE