1  Marvin Pederson    (S.B. No. 85258)
   Attorney at Law
2  1160 N. Dutton Avenue, Suite 150
   Santa Rosa, CA 95401
3
   Telephone: (707) 544-9444
4  Facsimile: (707) 544-5829

5  Attorney for Defendants WINTER
     PROPERTIES, ANDRADE LUZ
6    BEATRICE and ARMANDO ROBLES
     CORONEL, individuals dba TAQUERIA
7    EL CORONEL

**FILED**

JUN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WINTER PROPERTIES, a general California partnership; ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, individuals dba TAQUERIA EL CORONEL,<br><br>Defendants. | No. C-07-2657 JL<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>JURY TRIAL DEMANDED<br><br>Chief Magistrate Judge James Larson |

It is hereby stipulated by and between the parties hereto through their respective counsel that the court may continue the Case Management Conference that is presently scheduled for July 9, 2008 to Wednesday, October 1, 2008, at 10:30 a.m. The reason for continuing the Case Management Conference is that this matter is presently scheduled for a mediation on August 14, 2008.

Dated:    June 27, 2008

/s/ Marvin Pederson
MARVIN PEDERSON,
Attorney for Defendants WINTER
PROPERTIES, ANDRADE LUZ
BEATRICE and ARMANDO
ROBLES CORONEL, dba
TAQUERIA EL CORONEL

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Dated: 4/30/08

2

3                                    _____
4                                    THOMAS E. FRANKOVICH
                                     Attorney for Plaintiffs
5                                    CRAIG YATES, DISABILITY
                                     RIGHTS, ENFORCEMENT,
6                                    EDUCATION, SERVICES:
7                                    HELPING YOU HELP OTHERS

8

9

10
                                     **SO ORDERED**
11
                                     _____
12
                                     JAMES LARSON
13                                   U.S. CHIEF MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                     2
                   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE