DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:     (415) 397-2700
Facsimile:     (415) 397-3300
cjh@dillinghammurphy.com
bhc@dillinghammurphy.com

   Attorneys for Defendant
   NOLL/NOR WESCO LLC

ERSKINE & TULLEY
MICHAEL J. CARROLL (SBN 50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone:     (415) 392-5431
Facsimile:     (415) 392-1978
mjcarrll@pacbell.net

   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, ANTHONY ASHER, TRUSTEES,<br><br>                    Plaintiffs,<br><br>          v.<br><br>     NOLL/NOR WESCO, LLC<br><br>                    Defendant. | Case No. CV 08-1595 JL<br><br>STIPULATION [AND PROPOSED ORDER] REGARDING CONDITIONAL DISMISSAL OF ALL OF PLAINTIFFS' CLAIMS AGAINST NOLL/NOR WESCO, LLC |

          The parties stipulate that the Court may enter an order that the above-entitled action be

dismissed, with prejudice, subject to the condition that the action may be reinstated in the event

either party sends written notice that the matter has not been resolved to both the Court and to the

other party within ninety (90) days of the entry of this order.

//

//

1    Dated:  June 30, 2008                    DILLINGHAM & MURPHY, LLP
                                              CARLA J. HARTLEY
2                                             BARBARA L. HARRIS CHIANG

3

4
                                     By:     /s/_____
5                                            Attorneys for Defendant
                                             NOLL/NOR WESCO LLC
6

7    Dated: June 30, 2008                     ERSKINE & TULLEY
                                              MICHAEL J. CARROLL
8

9
                                     By:     /s/_____
10                                           Attorneys for Plaintiffs BOARD OF TRUSTEES OF
                                             THE SHEET METAL WORKERS PENSION
11                                           TRUST OF NORTHERN CALIFORNIA,
                                             ANTHONY ASHER, TRUSTEE
12

13

14        I hereby attest that I have on file all holograph signatures for any signatures indicated by a

15   "conformed" signature (/s/) within this efiled document.

16

17

18   THE FOREGOING STIPULATION
     IS APPROVED AND IS SO ORDERED.
19
          June 30, 2008
20   Dated: _____           _____
                                             UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

Page 2 – CV 08-1595 JL Stipulation [And Proposed Order] Regarding Conditional Dismissal Of All Of
Plaintiffs' Claims Against Noll/Nor Wesco, Llc